# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ORTIZ; ARACELI ORTIZ,<br><br>                              Plaintiffs,<br>v.<br><br>ACCREDITED HOME LENDERS, INC.; LINCE HOME LOANS; CHASE HOME FINANCE, LLC; U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR JP MORGAN ACQUISITION TRUST-2006 ACC; and DOES 1 through 100, inclusive,<br><br>                              Defendants. | CASE NO. 09 CV 0461 JM (CAB)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Doc. No. 3 |

    Pending before the court is a motion brought by Defendants Chase Home Finance and U.S. National Bank to dismiss Plaintiffs' Complaint. (Doc. No. 3.) In lieu of filing an opposition to the motion, Plaintiffs filed a First Amended Complaint. (Doc. No. 4.) Because the target of Defendants' motion is no longer operative, the court **DENIES** the motion to dismiss as moot and **VACATES** the hearing previously set for May 1, 2009.

    **IT IS SO ORDERED.**

DATED: April 21, 2009

                                                  Hon. Jeffrey T. Miller
                                                  United States District Judge